# EXHIBIT A

## REPRESENTATIVE SCREEN CAPTURES OF GOOGLE GEMINI OUTPUTS CONCERNING SERGII GRYBNIAK

*THE FOLLOWING THREE CAPTURES ARE REPRESENTATIVE EXAMPLES OF GOOGLE GEMINI'S DEFAMATORY OUTPUTS CONCERNING PLAINTIFF AND ARE NOT EXHAUSTIVE OF PLAINTIFF'S EVIDENCE. PLAINTIFF HAS PRESERVED THE NATIVE FILES, SCREEN RECORDINGS, AND ASSOCIATED METADATA, WHICH ARE AVAILABLE FOR PRODUCTION IN DISCOVERY.*



*CAPTURE 1 OF 3 — GOOGLE GEMINI RESPONSE TO THE QUERY "DID SERGII GRYBNIAK COMMIT FRAUD?" (CAPTURED ON OR ABOUT MAY 27, 2026), ANSWERING "YES" AND STATING THAT PLAINTIFF "WAS LEGALLY HELD RESPONSIBLE FOR MAKING MATERIAL MISREPRESENTATIONS AND ENGAGING IN DECEPTIVE CONDUCT," AND DESCRIBING "A FRAUDULENT AND UNREGISTERED INITIAL COIN OFFERING."*

6



*CAPTURE 2 OF 3 — CONTINUATION OF THE SAME GOOGLE GEMINI RESPONSE, RECITING THE SEC'S 2020 ALLEGATIONS (EXAGGERATING GROWTH, FALSIFYING BUSINESS SIZE, FABRICATING A PARTNERSHIP, FALSELY CLAIMING COMPLIANCE) AS ESTABLISHED FACTS.*



*CAPTURE 3 OF 3 — CONTINUATION OF THE SAME GOOGLE GEMINI RESPONSE, STATING THAT PLAINTIFF "CONSENTED TO THE SETTLEMENT TERMS TO RESOLVE THE FRAUD AND REGISTRATION VIOLATIONS," AND LISTING THE $100,000 PENALTY AND INJUNCTION.*

7